IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**JAYSON HUTCHINSON,**

    **Plaintiff,**

**v.**                                               **CIVIL ACTION NO. 2:19-cv-00060**
                                                  **HONORABLE JOHN T. COPENHAVER, JR.**

**UNITED DAIRY, INC.**

    **Defendant.**

## AGREED DISMISSAL ORDER

This Court has been advised that the above-styled civil action has been compromised and settled such that the Plaintiff has agreed to dismiss the claims asserted against the Defendant in this civil action. The parties are jointly requesting that this civil action be dismissed, with prejudice. Each party has agreed to bear responsibility for their own attorneys' fees and costs associated with the litigation.

With the parties in agreement, it is hereby **ORDERED** that this civil action be **DISMISSED WITH PREJUDICE** and retired from the docket of the Court.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record.

ENTER: March 12, 2020

                                                            **Hon. John T. Copenhaver, Jr.**
                                                            **United States District Judge**

**Order Prepared and Presented by:**


s/ R. Chad Duffield
ROBERT D. CLINE, JR. (W.Va. State Bar No. 755)
R. CHAD DUFFIELD (W.Va. State Bar No. 9583)
FARMER, CLINE & CAMPBELL PLLC
746 Myrtle Road (25314)
Post Office Box 3842
Charleston, WV 253338
(304) 346-5990

    *Counsel for the Plaintiff*


s/ David P. Cook, Jr.
DAVID P. COOK, JR. (W.Va. State Bar No. 9905)
MACCORKLE, LAVENDER, PLLC
Suite 800, 300 Summers Street
Post Office Box 3283
Charleston, WV 25332

    *Counsel for the Defendant*